IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRITTA WAHLQUIST,

                Plaintiff,

   v.                                                   ORDER
                                                      07-cv-627-jcs
RAUSCH, STURM, ISRAEL & HORNING, S.C.,

                Defendant.
_____

    Plaintiff moves to voluntarily dismiss her case. This motion will be granted and the above entitled action will be dismissed without prejudice pursuant to Rule 41(a)(1) because no answer has been filed.

                              ORDER

    IT IS ORDERED that plaintiff's motion to dismiss his case is GRANTED.

    IT IS FURTHER ORDERED That judgment be entered DISMISSING the above entitled action without prejudice.

    Entered this 6th day of December, 2007.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        JOHN C. SHABAZ
                                        District Judge

Case: 3:07-cv-00627-jcs   Document #: 3   Filed: 12/06/07   Page 2 of 2